

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 285TH DISTRICT COURT OF BEXAR COUNTY, GREETINGS:

On July 10, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Marc Williams, in his Official Capacity as Executive director of the Texas Department of Transportation; and Kyle Madsen, in his Official Capacity as the Director of the Right of Way Division of the Texas Department of Transportation v. MMP Properties LLC

Court of Appeals No. 15-24-00105-CV
Trial Court No. 2023CI26760

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 6, 2025.



CHRISTOPHER A. PRINE, CLERK